IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| **MILTON PILATE** | * | **CIVIL ACTION NO. 3:07cv338-TSL-JCS** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **EMPIRE TRUCK SALES, LLC** | * | |
| | * | |

* * * * * ** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AGREED ORDER OF DISMISSAL, WITH PREJUDICE**

This matter is before the Court on the joint *ore tenus* Motion of all parties seeking dismissal, with prejudice, of any and all claims maintained in the above styled and numbered litigation by Plaintiff, Milton Pilate, and the Court, being fully advised in the premises, is of the opinion that the Motion is well taken, and should be granted at this time.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff, Milton Pilate's, claims in the above referenced case are hereby dismissed with prejudice, with each of the parties to bear his or its own costs and attorneys' fees in connection with the litigation.

SO ORDERED, this the 7th day of November, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE


APPROVED AND AGREED:

/s/ *Doris T. Bobadilla*
_____
DORIS T. BOBADILLA (MS Bar No. 99869)
*Attorney for Defendant*


/s/ *Bernard C. Jones, Jr.*
_____
BERNARD C. JONES, JR. (MS Bar No. 3186)

*Attorney for Plaintiff*